83.605-01A2

I've been trying to get my backtime have i got it. know one here is not helping I Just need to know how many meonths of backtime I have I'm writing because I received the two cards Stating that on this day the Application for writ of habeas corpus has been dismissed without written order

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 08 2015
Abel Acosta, Clerk